UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA BROWN MITCHELL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ALLEGIANT AIR, INC. et al.,<br><br>　　　Defendants. | Case No. 2:25-cv-02189-SB-RAO<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

　　　On May 7, 2025, Plaintiff filed her first amended complaint (FAC), which added Defendants Los Angeles World Airports (LAWA) and Airport Terminal Management, Inc. (ATM).  On May 8, 2025, Plaintiff purportedly served Defendants.  *See* Dkt. Nos. 30, 31.  LAWA filed an answer on June 6, 2025, but ATM has not timely appeared, and Plaintiff has not sought entry of default against ATM.  It appears that service was improper, as this Court has not issued summons on the FAC.  *See* Fed. R. Civ. P. 4 (requiring service of a summons that "name[s] the court," is "directed to the defendant" and "signed by the clerk," and "bear[s] the court's seal").  Accordingly, Plaintiff is ordered to show cause, in writing, no later than June 23, 2025, why ATM should not be dismissed from this action for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before June 23, 2025, of:  (1) an application for entry of default under Federal Rule of Civil Procedure 55(a), if Plaintiff believes service was proper; or (2) if she does not, a request for issuance of summons and proof of service of such summons and the FAC.  The filing of such papers shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of ATM.

Date: June 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge